IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01422-RPM

JERRY A. WOODWARD and
DANIELLE WOODWARD,

          Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED and
C. B. FLEET COMPANY, INCORPORATED,

          Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 28, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **August 23, 2007.**

Dated: July 16th, 2007

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge