IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01422-RPM

JERRY A. WOODWARD and
DANIELLE WOODWARD,

        Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED and
C. B. FLEET COMPANY, INCORPORATED,

        Defendants.

---

## ORDER DENYING JOINT MOTION FOR PROTECTIVE ORDER

Upon consideration of the Joint Stipulated Motion for Protective Order [9], filed on November 21, 2007, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: November 23rd, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge