IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01422-RPM

JERRY A. WOODWARD and
DANIELLE WOODWARD,

        Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED and
C. B. FLEET COMPANY, INCORPORATED,

        Defendants.

---

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

---

Upon consideration of the joint motion to modify scheduling order [15], filed on March 13, 2008, it is

ORDERED that the motion is granted and the Scheduling Order is modified as follows:

## **CASE PLAN AND SCHEDULE**

| | | |
|---|---|---|
| A. | Defendants' Designation of Expert Witnesses | May 5, 2008 |
| B. | Plaintiffs' Designation of Rebuttal Expert Witnesses | May 19, 2008 |
| C. | Discovery Cut-Off | June 16, 2008 |
| D. | Dispositive Motions Deadline | July 17, 2008 |

Dated:  March 14, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge