IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01422-RPM-MEH

JERRY A. WOODWARD AND DANIELLE WOODWARD,

    Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INCORPORATED,

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order, and the Court having reviewed the same and being advises in the premises, it is

ORDERED that the Joint Motion to Modify the Scheduling Order is granted as follows:

### CASE PLAN AND SCHEDULE

A. Defendants' Designation of Expert Witnesses **June 5, 2008**

B. Plaintiffs' Designation of Rebuttal Expert Witnesses **June 19, 2008**

C. Settlement Conference **July 15, 2008**

D. Discovery Cut-Off **July 15, 2008**

E. Dispositive Motions Deadline **August 30, 2008**

DATED: May 1st, 2008

                BY THE COURT:

                Richard P. Matsch, Senior Judge