IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01422-RPM

JERRY A. WOODWARD and
DANIELLE WOODWARD,

        Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED and
C. B. FLEET COMPANY, INCORPORATED,

        Defendants.

---

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

---

Upon consideration of the joint motion to modify scheduling order [25], filed on June 4, 2008, it is

ORDERED that the motion is granted and the Scheduling Order is modified as follows:

## CASE PLAN AND SCHEDULE

| | | |
|---|---|---|
| A. | Discovery Cut-Off | August 15, 2008 |
| B. | Dispositive Motions Deadline | September 30, 2008 |

Dated: June 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge