IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01422-RPM-MEH

JERRY A. WOODWARD AND DANIELLE WOODWARD,

Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED and C.B. FLEET COMPANY, INCORPORATED,

Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order, it is

ORDERED that the motion is granted and the Scheduling Order is modified as follows:

### CASE PLAN AND SCHEDULE

| | | |
|---|---|---|
| A. | Discovery Cut-Off | **November 17, 2008** |
| B. | Dispositive Motions Deadline | **December 30, 2008** |

DATED this 7th day of July, 2008.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge