IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01422-RPM-MEH

JERRY A. WOODWARD,
DANIELLE WOODWARD,

    Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED, and
C.B. FLEET COMPANY, INCORPORATED,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 24, 2008.**

    The Stipulated Motion to Vacate Settlement Conference Date [filed September 24, 2008; docket #31] is **granted**. The settlement conference scheduled in this case for October 2, 2008 is hereby **vacated**. The Court will reset the conference in accordance with the parties' anticipated Motion to Modify Scheduling Order.