IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01422-RPM-MEH

JERRY A. WOODWARD and
DANIELLE WOODWARD,

    Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED and
C.B. FLEET COMPANY, INCORPORATED,

    Defendants.
_____

**ORDER GRANTING JOINT MOTION TO MODIFY
SCHEDULING ORDER**
_____

THIS MATTER having come before the Court on the Joint Motion to Modify Scheduling Order, and the Court having reviewed the same and being advises in the premises, does hereby

ORDER that the Joint Motion to Modify the Scheduling Order is GRANTED; and

ORDER that the Scheduling Order be modified as follows:

> **CASE PLAN AND SCHEDULE**
> A. Discovery Cut-Off **February 17, 2009**
> B. Dispositive Motions Deadline **March 30, 2009**

DATED this 16th day of October, 2008.

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge