IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01422-RPM

JERRY A. WOODWARD and
DANIELLE WOODWARD,

        Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INCORPORATED and
C. B. FLEET COMPANY, INCORPORATED,

        Defendants.

---

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice [37], filed by the parties on March 7, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: March 9th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge